FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 08, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES EDWARD KENSLER,<br><br>               Movant,<br><br>-vs-<br><br>UNITED STATES OF AMERICA,<br><br>               Respondent. | No.   2:19-CV-0262-WFN<br><br>ORDER DENYING § 2241 PETITION |

      Before the Court is Mr. Kensler's Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241.  ECF No. 1.  The Court issued an order asking Mr. Kensler to show cause why his § 2241 Petition should not be construed as a § 2255 motion and dismissed.  ECF No. 5. In the Order, the Court explained that unless a Petition challenges the "*manner, location or conditions* of the *execution* of his sentence" the motion should be brought under § 2255.  *Id.*  This means that to make a successful claim under § 2241, Mr. Kensler must challenge the terms of his incarceration, not the legal proceedings leading to his incarceration. In his response to the Order to Show Cause, Mr. Kensler reasserts complaints about the proceedings that occurred prior to his service of sentence, but insists that he would like to pursue a § 2241 because he intends to challenge the effectiveness of his counsel via a § 2255 at a later date.  Due to Mr. Kensler's clear intent to preserve his right to file a § 2255, the Court will not construe the § 2241 as a § 2255 motion.  However, as Mr. Kensler's § 2241 does not assert a claim regarding the conditions, manner, or location of his incarceration, he fails to state a claim so the Petition must be dismissed.  The Court has reviewed the file and the briefing and is fully informed.  Accordingly,

      **IT IS ORDERED** that:

      1.  Mr. Kensler's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, filed July 26, 2019, **ECF No. 1**, is **DENIED.**  The case is **DISMISSED with prejudice**.

ORDER ON § 2241 MOTION - 1

2.  The Court further certifies that an appeal from this decision could not be taken in good faith and there is no basis upon which to issue a certificate of appealability. A certificate of appealability is therefore **DENIED**.

The District Court Executive is directed to file this Order and provide a copy to *pro se* Movant. Judgment shall be entered for the United States of America and the file shall be **CLOSED**.

**DATED** this 8th day of December, 2020.

12-07-20

WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

ORDER ON § 2241 MOTION - 2